FILED

10 NOV 22 PM 12: 45

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED BRANDS COMPANY, INC., <br><br> Plaintiff, <br><br> v. <br><br> ANHEUSER-BUSCH, INC. <br><br> Defendant. | Case No. 10-CV-2281 BEN (WMc) <br><br> ORDER GRANTING EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT |

### ORDER

Having reviewed and considered the papers, and for good cause shown, Defendant Anheuser-Busch, Inc. shall have until **December 10, 2010** to file an answer or otherwise respond to United Brands' Complaint.

**IT IS SO ORDERED.**

DATED: November 22, 2010

_____
Hon. Roger Benitez
United States District Court Judge

10-CV-2281